## INDEX OF DOCUMENTS FILED IN STATE COURT

|  | **Document** | **Date of Filing** |
|---|---|---|
| **(1)** | **Summons** | April 29, 2011 |
| **(2)** | **Complaint** | April 29, 2011- |

Doc # 01-2471733.1